

# NUMBER 13-16-00223-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

SHAHIN ZARAIENH, 

Appellant,

v.

DALE & KLEIN, L.L.P.,
KATIE PEARSON KLEIN,
AND FERNANDO MANCIAS, 

Appellees.

On appeal from the 92nd District Court
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Longoria**
**Memorandum Opinion Per Curiam**

Appellant, Shahin Zaraienh, filed a notice of appeal of a final judgment rendered on March 18, 2016 in an attorney's fee case involving appellees Dale & Klein, L.P., Katie Pearson Klein, and Fernando Mancias.   However, on May 31, 2016, the trial court signed

an order granting a motion for new trial filed by Dale & Klein, L.L.P. On June 8, 2016, appellee Katie Pierson Klein filed an opposed motion to dismiss this appeal for want of jurisdiction because, in light of the trial court's new trial order, there is no final order subject to appeal in this case. More than ten days have passed and appellant has not filed a response to the motion to dismiss.

In terms of appellate jurisdiction, appellate courts only have jurisdiction to review final judgments and certain interlocutory orders identified by statute. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). An order granting a new trial is an unappealable, interlocutory order. *Fruehauf Corp. v. Carrillo*, 848 S.W.2d 83, 84 (Tex. 1993) (per curiam). An order granting a new trial is not subject to review either by direct appeal from that order, or, as in the instant case, from a final judgment rendered after further proceedings in the trial court. *Cummins v. Paisan Constr. Co.*, 682 S.W.2d 235, 235 36 (Tex. 1984) (per curiam).

The Court, having examined and fully considered the motion to dismiss, is of the opinion that we lack jurisdiction over this appeal because there is no final appealable judgment. Accordingly, we GRANT the opposed motion to dismiss and we DISMISS the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

PER CURIAM

Delivered and filed the
7th day of July, 2016.

2